UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 17-22397-CIV-DPG

JHONATAN JAVIER SOACHE DIAZ and all
others similarly situated under 29 U.S.C.
216(b),

        Plaintiff,

vs.

BAHAMAS UPHOLSTERY & MARINE
CANVAS, INC.,
BAHAMAS AUTO REPAIRS, INC.,
WILLIAM LANZAS,

        Defendants.
_____

**PLAINTIFF'S UNOPPOSED MOTION TO PERMIT VOLUNTARY DISMISSAL WITHOUT PREJUDICE AS TO ONLY DEFENDANT, BAHAMAS UPHOLSTERY & MARINE CANVAS, INC.**

Pursuant to the Federal Rules of Civil Procedure, Plaintiff respectfully requests entry of an order granting the above-described Unopposed Motion and as grounds thereof states as follows:

1. This matter sounds under the Fair Labor Standards Act ("FLSA") 29 U.S.C. §§ 201-216, regarding allegations for overtime wage violations.

2. In an effort to conserve time and resources regarding the Court and Parties and to stave off fees and costs associated with proceeding with this mater against only Defendant, BAHAMAS UPHOLSTERY & MARINE CANVAS, INC., Plaintiff files the instant Motion.

3. **Defendants do not oppose the instant Motion and the relief herein sought.**

4. Plaintiff respectfully requests the Court enter an Order voluntarily dismissing the instant matter **without** prejudice as to **only** the Corporate Defendant, BAHAMAS

UPHOLSTERY & MARINE CANVAS, INC., and that Plaintiff and Defendants shall each bear their own respective fees and costs as to **only** the Corporate Defendant BAHAMAS UPHOLSTERY & MARINE CANVAS, INC. The case shall proceed as to the remaining Defendants, BAHAMAS AUTO REPAIRS, INC., and WILLIAM LANZAS.

## MEMORANDUM OF LAW

Pursuant to Fed.R.Civ.P. Rule 41(a)(1) and (2), because the Corporate Defendant, BAHAMAS UPHOLSTERY & MARINE CANVAS, INC., has filed an Answer and Affirmative Defenses [DE11], Plaintiff may seek and Order from the Court to dismiss this action.

There will be no prejudice in this case to Defendants should dismissal be permitted and Defendants do not oppose the dismissal without prejudice as to only the Corporate Defendant, BAHAMAS UPHOLSTERY & MARINE CANVAS, INC., and/or the request for each side to bear their own fees and costs as to only the Corporate Defendant, BAHAMAS UPHOLSTERY & MARINE CANVAS, INC.

**WHEREFORE**, PLAINTIFF RESPECTFULLY REQUESTS THE COURT ENTER AN ORDER VOLUNTARILY DISMISSING THE INSTANT MATTER **WITHOUT** PREJUDICE AS TO **ONLY** THE CORPORATE DEFENDANT, BAHAMAS UPHOLSTERY & MARINE CANVAS, INC., AND THAT PLAINTIFF AND DEFENDANTS SHALL EACH BEAR THEIR OWN RESPECTIVE FEES AND COSTS AS TO **ONLY** THE CORPORATE DEFENDANT BAHAMAS UPHOLSTERY & MARINE CANVAS, INC. THE CASE SHALL PROCEED AS TO THE REMAINING DEFENDANTS, BAHAMAS AUTO REPAIRS, INC., AND WILLIAM LANZAS.

## **CERTIFICATE OF GOOD FAITH**

Defense counsel, Adi Amit, Esq., does not oppose the Motion on behalf of Defendants.

Respectfully submitted,

J. H. ZIDELL, P.A.
ATTORNEYS FOR PLAINTIFF
300-71ST STREET, SUITE 605
MIAMI BEACH, FLORIDA 33141
305-865-6766
305-865-7167

By:_s/ Rivkah F. Jaff, Esq. ___
    Rivkah F. Jaff, Esquire
    Florida Bar No.: 107511

## **CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY THAT A TRUE AND CORRECT COPY OF THE FOREGOING WAS PROVIDED VIA CM/ECF ON 9/15/17 TO:**

**ADI AMIT, ESQ.
LUBELL & ROSEN, LLC
200 S. ANDREWS AVENUE, SUITE 900
FORT LAUDERDALE, FL 33301
PH: (954) 880-9500
FAX: (954) 755-2993
EMAIL: ADI@LUBELLROSEN.COM**

**BY:__/s/____Rivkah F. Jaff_____
        RIVKAH F. JAFF, ESQ.**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 17-22397-CIV-DPG

JHONATAN JAVIER SOACHE DIAZ and all )
others similarly situated under 29 U.S.C. )
216(b), )
                                                                         )
        Plaintiff, )
vs. )
)
BAHAMAS UPHOLSTERY & MARINE )
CANVAS, INC., )
BAHAMAS AUTO REPAIRS, INC., )
WILLIAM LANZAS, )
)
        Defendants. )
_____ )

### ORDER GRANTING PLAINTIFF'S UNOPPOSED MOTION TO PERMIT VOLUNTARY DISMISSAL WITHOUT PREJUDICE AS TO ONLY DEFENDANT, BAHAMAS UPHOLSTERY & MARINE CANVAS, INC.

This matter came on to be heard regarding Plaintiff's Unopposed Motion, and the Court otherwise being advised in the premises, it is:

**ORDERED and ADJUDGED** that said Plaintiff's motion is granted, and therefore:

This matter is hereby voluntarily dismissed **without** prejudice as to **only** the Corporate Defendant, BAHAMAS UPHOLSTERY & MARINE CANVAS, INC., and that Plaintiff and Defendants shall each bear their own respective fees and costs as to **only** the Corporate Defendant BAHAMAS UPHOLSTERY & MARINE CANVAS, INC. The case shall proceed as to the remaining Defendants, BAHAMAS AUTO REPAIRS, INC., and WILLIAM LANZAS.

DONE AND ORDERED in Chambers at Miami, Florida, this ___ day of _____ 2017.

                                                                                                                                _____
                                                                                                                                DARRIN P. GAYLES
                                                                                                                                UNITED STATES DISTRICT JUDGE

Copies to:     Counsel of Record