UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 17-22397-CIV-DPG

JHONATAN JAVIER SOACHE DIAZ and all )
others similarly situated under 29 U.S.C. )
216(b), )
                                                                       Plaintiff, )
   vs. )

BAHAMAS UPHOLSTERY & MARINE )
CANVAS, INC., )
BAHAMAS AUTO REPAIRS, INC., )
WILLIAM LANZAS, )

                          Defendants. )
_____ )

**PLAINTIFF'S NOTICE OF TELEPHONIC HEARING BEFORE THE HONORABLE MAGISTRATE JUDGE ALICIA OTAZO-REYES**

PLEASE TAKE NOTICE that the undersigned attorneys for the respective Parties will call to be heard on the Court's discovery calendar before the HONORABLE MAGISTRATE JUDGE ALICIA OTAZO-REYES, at the c. Clyde Atkins U.S. Courthouse, 301 North Miami Avenue, 10th Floor, Miami, FL 33128, on October 10, 2017, at 3:30 p.m.

On August 11, 2017, Plaintiff propounded his initial discovery on all Defendants, all contained in one PDF document, including his First Request for Admissions, First Request for Production, and First Set of Interrogatories. *See* Exhibit "A." Said Responses came due on or before September 12, 2017. As of the date of filing the instant Notice, Defendants have still not furnished Plaintiff with a pleading responsive to any of Plaintiff's discovery and/or all responsive documents to same.

Plaintiff respectfully requests entry of a Court Order compelling Defendants to respond to Plaintiff's First Request for Production and Plaintiff's First Set of Interrogatories without

objections within five (5) days of this Court's Order and produce all responsive documents, find that Defendants' objections to the discovery requests have been waived for Defendants' failure to timely respond, find that all admissions of Plaintiff's First Request for Admissions have been deemed admitted, and award Plaintiff all fees and costs accrued in connection with this Notice, Hearing, and all related work.

Plaintiff will submit the supporting documents and conferral emails by and between counsel by way of email to the Court.

Respectfully submitted,

J. H. ZIDELL, P.A.
ATTORNEYS FOR PLAINTIFF
300-71ST STREET, SUITE 605
MIAMI BEACH, FLORIDA 33141
305-865-6766
305-865-7167

By:_s/ Rivkah F. Jaff, Esq. ___
    Rivkah F. Jaff, Esquire
    Florida Bar No.: 107511

**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY THAT A TRUE AND CORRECT COPY OF THE FOREGOING WAS PROVIDED VIA CM/ECF ON 9/27/17 TO:**

**ADI AMIT, ESQ.
LUBELL & ROSEN, LLC
200 S. ANDREWS AVENUE, SUITE 900
FORT LAUDERDALE, FL 33301
PH: (954) 880-9500
FAX: (954) 755-2993
EMAIL: ADI@LUBELLROSEN.COM**

**BY:__/s/____Rivkah F. Jaff_____
       RIVKAH F. JAFF, ESQ.**