UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 17-22397-CIV-DPG

JHONATAN JAVIER SOACHE DIAZ and all )
others similarly situated under 29 U.S.C. )
216(b), )
)
)
       Plaintiff, )
  vs. )
)
)
BAHAMAS UPHOLSTERY & MARINE )
CANVAS, INC., )
BAHAMAS AUTO REPAIRS, INC., )
WILLIAM LANZAS, )
)
       Defendants. )
_____ )

## PLAINTIFF'S AMENDED STATEMENT OF CLAIM

Now comes the Plaintiff, by and through the undersigned, and files the above-described Statement of Claim as follows:

**Federal Half-Time Overtime Wage Claim**

**Period Claimed: 6/27/2014-12/31/14**
    Weeks: 26 weeks
    Overtime hours: 15
    State Minimum wage: $7.93/hr.
    Wage paid: $7.27/hr
    Amount of half-time overtime per hour not compensated based on applicable MW: $3.97
    overtime wages unpaid and liquidated damages: $3.97/hr X 26 weeks X 15 hours = $1,548.30 x 2 = **$3,096.60**

**Period Claimed: 1/1/2015-3/31/16**
    Weeks: 65 weeks
    Overtime hours: 15
    State Minimum wage: $8.05/hr.
    Wage paid: $7.27/hr
    Amount of half-time overtime per hour not compensated based on applicable MW: $4.03

overtime wages unpaid and liquidated damages $4.03/hr X 65 weeks X 15 hours = $3,929.25 x 2 = **7,858.50**

**Period Claimed: 11/1/2016-12/9/16**
Weeks: 5 weeks
Overtime hours: 15
State Minimum wage: $8.05/hr.
Wage paid: $7.27/hr
Amount of half-time overtime per hour not compensated based on applicable MW: $4.03
overtime wages unpaid and liquidated damages $4.03/hr X 5 weeks X 15 hours = $302.25 x 2 = $**604.50**

Total overtime wages unpaid and liquidated damages: $6,082.05 X 2 = **$12,164.10** *exclusive of* **attorneys' fees and costs**

**FLORIDA MINIMUM WAGE**

**Period Claimed: 6/26/2012 - 12/31/12**
Weeks: 27 weeks
Hours (worked per week:) 55 hours
State Minimum wage: $7.67/hr.
Wage paid: $7.27/hr
Wage owed: $.40/hr
Amount owed: $.40/hr X 27 weeks X 55 hours = **$594.00**

**Period Claimed: 1/1/2013-12/31/13**
Weeks: 52 weeks
Hours (worked per week:) 55 hours
State Minimum wage: $7.79/hr.
Wage paid: $7.27/hr
Wage owed: $.50/hr
Amount owed: $.50/hr X 52 weeks X 55 hours = **$1,144.00**

**Period Claimed: 1/1/2014-12/31/14**
Weeks: 52 weeks
Hours (worked per week:) 55 hours
State Minimum wage: $7.93/hr.
Wage paid: $7.27/hr
Wage owed: $.66/hr
Amount owed: $.66/hr X 52 weeks X 55 hours = **$1,887.60**

**Period Claimed: 1/1/2015-3/31/16**
Weeks: 65 weeks
Hours (worked per week:) 55 hours
State Minimum wage: $8.05/hr.

    Wage paid: $7.27/hr
    Wage owed: $.78/hr
    Amount owed: $.78/hr X 65 weeks X 55 hours = **$2,788.50**

**Period Claimed: 11/1/2016-12/9/16**
    Weeks: 5 weeks
    Hours (worked per week:) 55 hours
    State Minimum wage: $8.05/hr.
    Wage paid: $7.27/hr
    Wage owed: $.78/hr
    Amount owed: $.78/hr X 5 weeks X 55 hours = **$215.50**

Total Florida Minimum wages unpaid and liquidated damages: $6,629.60 X 2 = **$13,259.20** *exclusive of* **attorneys' fees and costs**

**Total Florida Minimum Wage and Half Time Overtime and Liquidated Damages: 12,712.10 x 2 = 25,424.20** *exclusive of* **attorneys' fees and costs**

**In the alternative:**

**Federal Time and a half Overtime Wage Claim**

**Period Claimed: 6/27/2014-3/31/16**
    Weeks: 91 weeks
    Overtime hours: 15
    Wage paid: $10.00/hr
    Amount of time-and-a-half overtime per hour not compensated: $15.00
    overtime wages unpaid and liquidated damages: $15.00/hr X 91 weeks X 15 hours = $20,475.00 x 2 = **$40,950.00**

**Period Claimed: 11/1/2016-12/9/16**
    Weeks: 5 weeks
    Overtime hours: 15
    Wage paid: $10.00/hr
    Amount of time-and-a-half overtime per hour not compensated: $15.00
    overtime wages unpaid and liquidated damages $15.00/hr X 5 weeks X 15 hours = $1,125.00 x 2 = $**2,250.00**

Total overtime wages unpaid and liquidated damages: $21,600 X 2 = **$43,200.00** *exclusive of* **attorneys' fees and costs**

*Plaintiff seeks all fees and costs under the FLSA. The above calculations do not account for fees and costs under the FLSA sought by Plaintiff.

** Plaintiff reserves the right to seek time and one-half damages for any other completely unpaid overtime hours should the facts adduced in discovery justify same.

**** Plaintiff reserves the right to seek minimum wage damages under the Florida Constitution. Plaintiff reserves his right to the extent Plaintiff's claim for Florida Minimum Wage overlaps Plaintiff's claim for Federal Minimum Wage payments to seek the higher of the two applicable rates.

        Respectfully submitted,

        J. H. ZIDELL, P.A.
        ATTORNEYS FOR PLAINTIFF
        300-71ST STREET, SUITE 605
        MIAMI BEACH, FLORIDA 33141
        305-865-6766
        305-865-7167

        By:_s/ Neil Tobak, Esq. ___
          Neil Tobak, Esquire
          Florida Bar No.: 93940

**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY THAT A TRUE AND CORRECT COPY OF THE FOREGOING WAS PROVIDED VIA CM/ECF ON 10/9/17 TO:**

**ALL CM/ECF RECIPIENTS**

**BY:_____/s/ Neil Tobak_____**
       **NEIL TOBAK, ESQ.**