UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No. 1:17-cv-22397-DPG

JHONATAN JAVIER SOACHE DIAZ, and
all others similarly situated under 29 U.S.C.
§216(B),

    Plaintiff,

v.

BAHAMAS UPHOLSTERY & MARINE
CANVAS, INC.,
BAHAMAS AUTO REPAIRS, INC.,
WILLIAM LANZAS,

    Defendants.
_____/

### DEFENDANTS' RESPONSE TO AMENDED STATEMENT OF CLAIM

Defendants, BAHAMAS AUTO REPAIRS, INC., and WILLIAM LANZAS., by and through their undersigned counsel, hereby file their Response to Plaintiff's Amended Statement of Claim, [DE #48] dated October 9, 2017, as follows:

1. Plaintiff was paid for all hours worked.
2. Plaintiff did not work overtime.
3. Plaintiff's rate of pay was 400 dollars per-week.
4. Plaintiff worked forty hours, or less, per-week. No amount in unpaid compensation is due to the Plaintiff.
5. At no time was Plaintiff paid less than the Florida Minimum Wage for any hours worked.
6. Some, or all, of Plaintiff's damages are barred by Section 11 of the Portal-to-Portal Act, 29 U.S.C. § 260, because the acts or omissions complained of, if any occurred, were done in good faith and with reasonable grounds for believing that the acts or omissions were not in violation of the FLSA.
7. Plaintiff has not met the requirements to bring a collective action under the FLSA.

1

8. If any unpaid compensation is found to be owed, Plaintiff fails to state a claim for liquidated damages because the allegations do not rise to the requisite standard required for liquidated damages under the FLSA. Defendants' actions were in good faith and Defendants had reasonable grounds for believing that they were in compliance with the FLSA.

9. Plaintiff did not work the entire period claimed in his statement of claim.

10. Docket Entry 48, Plaintiffs Amended Statement of Claim, contradicts the factual allegations of Docket Entry 22, the Amended Complaint.

11. Plaintiff did not work overtime hours; hence this is not a time-and-a-half, or half-time, case, it is completely frivolous. However, in the event that there is any liability for unpaid wages, there was no agreement that the four-hundred dollars per-week paid to Plaintiff was to compensate a forty-hour work week. Hence, there is no time-and-a-half claim.

Respectfully Submitted, this 9th day of October 2017.

LUBELL & ROSEN, LLC
*Attorneys for Defendants*
200 S. Andrews Ave, Suite 900
Fort Lauderdale, Florida 33301
Phone: (954) 880-9500
Fax: (954) 755-2993
E-mail:   jhs@lubellrosen.com

By: *s/Joshua H. Sheskin*
   Joshua H. Sheskin, Esquire
   Florida Bar No. 93028

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on October 9, 2017, I electronically filed the foregoing document with the clerk of the court using CM/ECF.  I also certify that the foregoing document is being served this day to all persons on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

/s/ *Joshua H. Sheskin*
Joshua H. Sheskin

## SERVICE LIST

*Jhonatan Javier Soache Diaz v. Bahamas Upholstery & Marine Canvas, Inc., et al.*
S.D. Fla. Case No. 1:17-cv-22397-DPG

| | |
|---|---|
| Neil Tobak, Esquire<br>Rivkah Fay Jaff, Esq.<br>Jamie H. Zidell, Esq.<br>J.H. ZIDELL, P.A.<br>300 71st Street<br>Suite 605<br>Miami Beach, Florida 33141<br>Rivkah.Jaff@gmail.com<br>Ntobak.zidellpa@gmail.com<br>ZABOGADO@AOL.COM<br>*Counsel for Plaintiff* | Adi Amit, Esquire<br>LUBELL & ROSEN, LLC<br>200 S. Andrews Avenue<br>Suite 900<br>Fort Lauderdale, Florida 33301<br>adi@lubellrosen.com<br>*Counsel for Defendants* |