## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

### Case No. 17-22397-CIV-GAYLES/OTAZO-REYES

JHONATAN JAVIER SOACHE DIAZ,
and all others similarly situated
under 29 U.S.C. 216(b),

       Plaintiff,

v.

BAHAMAS UPHOLSTERY & MARINE
CANVAS, INC., BAHAMAS AUTO
REPAIRS, INC., and
WILLIAM LANZAS,

       Defendants.

_____/

### NOTICE OF OUTCOME OF SETTLEMENT CONFERENCE

On October 10, 2017, the undersigned conducted a settlement conference.  All parties

were in attendance.   The parties have reached an impasse.

DONE AND ORDERED in Chambers at Miami, Florida this 10ᵗʰ day of October, 2017.

_____
ALICIA M. OTAZO-REYES
UNITED STATES MAGISTRATE JUDGE

cc:    United States District Judge Darrin P. Gayles
       Counsel of Record