UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 17-22397-CIV-GAYLES/OTAZO-REYES

JHONATAN JAVIER SOACHE DIAZ,
and all others similarly situated
under 29 U.S.C. 216(b),

    Plaintiff,

v.

BAHAMAS UPHOLSTERY & MARINE
CANVAS, INC., BAHAMAS AUTO
REPAIRS, INC., and
WILLIAM LANZAS,

    Defendants.
_____/

## ORDER

THIS CAUSE came before the Court upon Plaintiff Jhonatan Javier Soache Diaz's ("Plaintiff") Notice of Telephonic Hearing Before the Honorable Magistrate Judge Alicia Otazo-Reyes [D.E. 35] and Defendants Bahamas Auto Repairs, Inc. and William Lanzas' ("Defendants") Amended Cross-Notice of Hearing Before United States Magistrate Judge Alicia M. Otazo-Reyes for October 10, 2017 at 3:30 p.m. [D.E. 46]. These matters were referred to the undersigned pursuant to 28 U.S.C. § 636 by the Honorable Darrin P. Gayles, United States District Judge [D.E. 19]. The undersigned held a hearing on these matters on October 10, 2017. In accordance with the undersigned's rulings at the hearing, it is

ORDERED AND ADJUDGED as follows:

- ➢ Defendants shall produce to Plaintiff: (1) the last known addresses for 6 former employees/contractors that are pending; and (2) copies of Plaintiff's paychecks when received from Banco Popular in Puerto Rico.

2

> Plaintiff shall produce to Defendants: (1) Plaintiff's social security number (subject to non-disclosure); (2) Plaintiff's 1099's and W-2's for the years 2012-2016; (2) Plaintiff's bank records if they show debit card charges with time stamps for the years 2012-2016 (subject to non-disclosure); and (4) documents reflecting claims, if any, filed with state agencies, which are responsive to Requests for Production Nos. 25 and 26.

DONE AND ORDERED in Chambers at Miami, Florida this 10th day of October, 2017.

ALICIA M. OTAZO-REYES
UNITED STATES MAGISTRATE JUDGE

cc: United States District Judge Darrin P. Gayles
Counsel of Record