UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 17-22397-CIV-DPG

JHONATAN JAVIER SOACHE DIAZ and all )
others similarly situated under 29 U.S.C. )
216(b), )
　　　　　　　　　　　　　　　　　　　　)
　　　　　　　　　　　　　　　　　　　　)
　　　　　　　Plaintiff, )
　　vs. )
　　　　　　　　　　　　　　　　　　　　)
　　　　　　　　　　　　　　　　　　　　)
BAHAMAS UPHOLSTERY & MARINE )
CANVAS, INC., )
BAHAMAS AUTO REPAIRS, INC., )
WILLIAM LANZAS, )
　　　　　　　　　　　　　　　　　　　　)
　　　　　　　Defendants. )
_____ )

**PLAINTIFF'S MOTION FOR ENLARGEMENT OF THE DISCOVERY DEADLINE**

**COMES NOW** the Plaintiff, by and through undersigned counsel, and hereby files the above-described Motion seeking a brief four (4) week extension of the discovery deadline, and in support thereof states as follows:

　　1.　The instant matter was filed on June 27, 2017, and, as per the First Amended Complaint [DE22], sounds under the Fair Labor Standards Act ("FLSA") 29 U.S.C. §§ 201-216, Florida Minimum Wage Act ("FMWA)/Florida Constitution, regarding allegations for overtime and minimum wage violations.

　　2.　On August 17, 2017, the Court entered a Scheduling Order [DE19] setting a discovery deadline of November 13, 2017, just shy of three (3) months from the issuance of said Order.

　　3.　Plaintiff has been diligent in coordinating depositions and engaging in discovery since the issuance of the Court's Scheduling Order. On September 29, 2017, Plaintiff served Defendants with a Notice of Taking Depositions to occur on the agreed date and time of October 20, 2017, and issued a subpoena as to non-party witness, Franklin Lanzas. Plaintiff's process server was

informed and it was elicited through other non-party witness depositions, Franklin Lanzas was travelling outside the country until on or about early November. The undersigned has been conferring with Defense counsel since on or about October 18, 2017, to attempt to re-set said deposition to occur within the discovery deadline during early November. As of the date of filing the instant Motion said requests have gone un-responded to.

4. Further, Plaintiff is desirous to depose Sergio Perez, Defendants' former employee. Plaintiff has been conferring with Defendants in order to obtain contact information so that a subpoena can be timely issued. **Further, as per the Court's Order [DE52], Defendants were Ordered to produce to Plaintiff "(1) the last known addresses for 6 former employees/contractors that are pending; and (2) copies of Plaintiff's paychecks when received from Banco Popular in Puerto Rico."** Defendants issued Mr. Perez a 1099 form and Defense counsel has represented that he and/or his clients are in communication with Sergio Perez; Defense Counsel, Joshua Sheskin, Esq., in a conferral email has represented that " …[he] may be able to get his address while he worked at Bahamas, by being really nice I think that I can get his wife to give him permission to give that address, I will find out in the morning."[1] Despite same, as of the date of filing the instant Motion Defendants have not provided Plaintiff with the last known address and/or identifying information (i.e. social security number, date of birth, etc.) so that Plaintiff is able to issue a subpoena and/or complete his due diligence to obtain an address and subpoena said witness.

5. In an effort to have sufficient time to conduct discovery so as to possibly clarify and narrow issues for Trial, Plaintiff is seeking a brief one month enlargement of all deadlines.

6. This brief enlargement of time will benefit the Parties and the Court as the extension to

---

[1] Said conferral email was sent to Plaintiff's counsel on October 31, 2017.

depose critical witnesses[2] and to obtain relevant discovery which in turn will seek to narrow the issues for dispositive motions and, ultimately, to be presented at trial.

7. Plaintiff submits this request for an extension in good faith and not for the purpose of delay but rather to allow the Parties more time to conduct relevant discovery related to issues alleged in the Complaint.

8. Therefore, Plaintiff respectfully requests this Court grant this Motion and extend the discovery deadline by one month, through to December 13, 2017, for the limited purpose of deposing Franklin Lanzas and Sergio Perez.

## MEMORANDUM OF LAW

The Court has discretion to grant enlargements and to amend its scheduling order when good cause is shown. *See Johnson v. Bd. of Regents of Univ. Ga.*, 263 F.3d 1417 (11th Cir. 2011); *See also, Sosa v. Airport Systems, Inc.*, 133 F.3d 1417, 1418 (11th Cir. 1998); *Michael Grecco Photography, Inc. v. Everett Collection, Inc*., No. 07-CIV-8171, 2008 WL 4580024, *3-4 (S.D.N.Y. 10/14/08). The foregoing should constitute good cause shown to justify an extension under FRCP 6 and *Hetzel v. Bethlehem Steel Corp*., 50 F.3d 360 (5th Cir. 1995).

As above mentioned, Plaintiff has been diligent in attempting to conduct discovery in the discovery deadline per the Court's Scheduling Order [DE19]. Due to circumstances outside of Plaintiff's control, Plaintiff has been unable to depose key witnesses, Sergio Perez and Franklin Lanzas. The requested enlargement is not sought for purposes of delay and would permit the aforesaid issues to be resolved thereby possibly clarifying and narrowing the issues for Trial.

---

[2] Franklin Lanzas allegedly gave rides to Plaintiff to and from work and would have critical information regarding Plaintiff's schedule. Sergio Perez is a former co-worker of Plaintiff and would have knowledge regarding allegations in the operative Complaint.

WHEREFORE PLAINTIFF RESPECTFULLY THAT THIS COURT GRANT THIS MOTION AND EXTEND THE DISCOVERY DEADLINE BY ONE MONTH, THROUGH TO DECEMBER 13, 2017, FOR THE LIMITED PURPOSE OF DEPOSING FRANKLIN LANZAS AND SERGIO PEREZ.

**CERTIFICATE OF CONFERRAL**

Defendants oppose the instant Motion.

Respectfully submitted,

J. H. ZIDELL, P.A.
ATTORNEYS FOR PLAINTIFF
300-71ST STREET, SUITE 605
MIAMI BEACH, FLORIDA 33141
305-865-6766
305-865-7167

By:_s/ Rivkah F. Jaff, Esq. ___
    Rivkah F. Jaff, Esquire
    Florida Bar No.: 107511

**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY THAT A TRUE AND CORRECT
COPY OF THE FOREGOING WAS PROVIDED VIA EMAIL ON 11/3/17 TO:**

**ADI AMIT, ESQ.
LUBELL & ROSEN, LLC
200 S. ANDREWS AVENUE, SUITE 900
FORT LAUDERDALE, FL 33301
PH: (954) 880-9500
FAX: (954) 755-2993
EMAIL: ADI@LUBELLROSEN.COM**

BY:_____/s/ Rivkah F. Jaff_____
        **RIVKAH F. JAFF, ESQ.**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 17-22397-CIV-DPG

JHONATAN JAVIER SOACHE DIAZ and all )
others similarly situated under 29 U.S.C. )
216(b), )
                                                     )
        Plaintiff, )
vs. )
                                                     )
BAHAMAS UPHOLSTERY & MARINE )
CANVAS, INC., )
BAHAMAS AUTO REPAIRS, INC., )
WILLIAM LANZAS, )
                                                   )
        Defendants. )
_____)

## **ORDER GRANTING PLAINTIFF'S MOTION FOR ENLARGEMENT OF THE DISCOVERY DEADLINE**

This cause, having come before the Court on the above-described Plaintiff's Motion, and the Court being duly advised in the premises, it is ORDERED AND ADJUDGED that said motion is granted as follows:

THE DISCOVERY CUT-OFF SHALL BE THROUGH TO DECEMBER 13, 2017.

DONE AND ORDERED in chambers in Miami, Florida, on this _____ day of _____, 2017.

                                                                                                                      _____
                                                                                                                      DARRIN P. GAYLES
                                                                                                                      UNITED STATES DISTRICT JUDGE

Copies to: Counsel of Record