## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

### CASE NO.: 17-CIV-22397-GAYLES/OTAZO-REYES

JHONATAN JAVIER SOACHE DIAZ, and all
others similarly situated under 29 U.S.C. 216 (b),

      Plaintiff,

v.

BAHAMAS UPHOLSTERY & MARINE CANVAS, INC.,
BAHAMAS AUTO REPAIRS, INC.,
WILLIAM LANZAS,

      Defendants.

_____/

### MEDIATOR'S REPORT

      Neil Flaxman, Esq., the undersigned certified Mediator reports to this Honorable Court as

follows:

      The Mediation was held on the 20th day of December, 2017 at 10:00 a.m.  All parties

appeared. An agreement was reached; the case is SETTLED.

      Dated this 2th day of December, 2017

                    Respectfully Submitted,

                    **Neil Flaxman, Esq.**
                    Florida Supreme Court Certified Circuit &
                    Appellate Mediator
                    Certified District Court Mediator (S.D. Fla.)
                    Brickell City Tower, Suite 3100
                    80 Southwest 8th Street
                    Miami, Florida 33130
                    Tel: 305-810-2786- Fax: 305-810-2824
                    E-mail: flaxy@bellsouth.net

              By:     *s/ Neil Flaxman*
                    Neil Flaxman, Esq.
                    Fla. Bar No. 025299